UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-21824-CIV-HUCK/O'SULLIVAN

JAIME WILLIAM GUTIERREZ,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court upon Gutierrez's Motion to Vacate Sentence (D.E. #1), filed June 30, 2009. On November 13, 2009, the Honorable Patrick A. White, United States Magistrate Judge, issued a Report and Recommendation (D.E. #12), recommending that the Motion be denied. Gutierrez has not objected to the Report and Recommendation and therefore is not challenging the factual findings contained in it. The Court has independently reviewed the Report and Recommendation, and the record. Being otherwise duly advised, the Court adopts the findings of fact and conclusions as in the Report. Accordingly, it is hereby

ORDERED that Petitioner's Motion is denied, the Report is adopted and the clerk shall close the case.

DONE AND ORDERED in Chambers, Miami, Florida, December 7, 2009.

PAUL C. HUCK
United States District Judge

**Copies Furnished To:**
Magistrate Judge Patrick A. White
All Counsel of Record